```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 13 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROYAL & SUN ALLIANCE INSURANCE, PLC

                      *Plaintiff*,

  - against -

HIGHWAY HAULING EXPRESS, INC.

                      *Defendant.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

16-cv-8449 (GBD)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff, Royal & Sun Alliance Insurance, PLC, by and through its attorneys Maloof Browne & Eagan LLC hereby voluntarily dismisses the action against Defendant Highway Hauling Express, Inc., without costs, F.R.C.P. 41(a)(1)(A)(i). The Defendant has not answered, appeared, or filed a motion for summary judgment.

Dated: Rye, New York
       December 7, 2016

MALOOF BROWNE & EAGAN LLC

By: _____
Thomas M. Eagan (TE 1713)
David T. Maloof (DM 3350)
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
Tel: (914) 921-1200
*Attorneys for Plaintiff*

SO ORDERED: DEC 13 2016
_____
George B. Donald
U.S.D.J.